Criminal Notice of Appeal - Form A

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**NOTICE OF APPEAL**

**United States District Court**

2014 NOV 26  AM 11: 18

for the _____ District of Vermont

CLERK

BY_____
DEPUTY CLERK

Caption:

United States of America _____ v.

Frank Caraballo _____

Docket No.: 5:12-CR-105

Hon. Christina Reiss _____

(District Court Judge)

Notice is hereby given that the United States of America _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment [✓], other [ ] _____

entered in this action on November 4, 2014 ____.                                    (specify)

(date)

This appeal concerns: Conviction only |___  Sentence only |✓|  Conviction & Sentence |___  Other |___

Defendant found guilty by plea |  | trial |✓| N/A |  .

Offense occurred after November 1, 1987?  Yes |✓|  No |  N/A [

Date of sentence: October 28, 2014 _____ N/A |__|

Bail/Jail Disposition: Committed |✓___  Not committed |  | N/A |

Appellant is represented by counsel?  Yes ✓ | No |  | If yes, provide the following information:

| | | |
|---|---|---|
| Defendant's Counsel: | Mark Kaplan, Esq. | Natasha Sen, Esq. |
| Counsel's Address: | 95 St. Paul Street, Ste. 405 | PO Box 193 |
| | Burlington, VT  05401 | Brandon, VT  05733 |
| Counsel's Phone: | 802-651-0013 | 802-735-2008 |
| Assistant U.S. Attorney: | Paul J. Van de Graaf and Joseph R. Perella | |
| AUSA's Address: | PO Box 570 | |
| | Burlington, VT  05402 | |
| AUSA's Phone: | 802-951-6725 | |

_____
Signature