U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 DEC 29 AM 10: 39

CLERK
BY _lw_
DEPUTY CLERK

**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

CASE NAME: UNITED STATES v. FRANK CARABALLO

DOCKET NUMBER: 5:12-cr-105

COUNSEL'S NAME: Natasha Sen    Mark A. Kaplan

COUNSEL'S ADDRESS: P.O. Box 193    95 St. Paul St. Ste 405

Brandon, VT 05733   Burlington, VT 05401

COUNSEL'S PHONE: 802.735.2008    802.651.0013

**QUESTIONNAIRE**

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[✓] Pre-trial proceedings: All ok (Description & Dates)

[✓] Trial: Jury Trial 9/16/13 to 10/2/13 (Description & Dates)

[✓] Sentencing: Two Sentencing Hearings - 9/8/14 and 10/28/14 (Description & Dates)

[ ] Post-trial proceedings: _____ (Description & Dates)

I, Mark A. Kaplan (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✓] CJA Form 24

/s/ Mark A. Kaplan
Counsel's Signature

11/7/2014
Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

received form
Date order received: 12/10/14

Estimated completion date: 7/28/14

Estimated Number of Pages: 2343

Anne Marie Henry
Court Reporter's Signature

12/23/14
Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.